**DISMISS and Opinion Filed July 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00382-CV

**FODAY FOFANAH, Appellant**
**V.**
**BRECKENRIDGE PROPERTY AND ALONZO TISDALE, Appellees**

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-01307-E

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated April 2, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 2, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 4, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


190382F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FODAY FOFANAH, Appellant

No. 05-19-00382-CV     V.

BRECKENRIDGE PROPERTY AND
ALONZO TISDALE, Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-01307-E.
Opinion delivered by Justice Whitehill.
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees BRECKENRIDGE PROPERTY AND ALONZO
TISDALE recover their costs of this appeal from appellant FODAY FOFANAH.

Judgment entered July 15, 2019